Stephen R. Golden, Esquire SB# 163366
Daniel D. Stevens, Esquire SB# 159281
**OLD TOWN LAW OFFICE of STEPHEN R. GOLDEN**
25 East Union Street
Pasadena, CA  91103-3923
 Telephone: (626) 584-7800
 Fax: (626) 568-3529
 e-mail: businesslaw@hotmail.com

Attorney for Plaintiff
Jose D. Villareal

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOSE D. VILLAREAL, an individual,<br><br>                                    Plaintiff,<br><br>vs.<br><br>SAXON MORTGAGE, a Virginia Corporation, NEW CENTURY MORTGAGE CORPORATION, a California Corporation, OCWEN LOAN SERVICING, a Delaware Corporation and Does 1 to 100, inclusive.<br>                                    Defendants. | **Case No 8:10-cv-00869-JVS-MLG**<br><br>**ORDER GRANTING THE JOINT STIPULATION BETWEEN THE PARTIES TO REMAND-TO STATE COURT** |

     THE PARTIES HAVING STIPULATED, IT IS HEREBY ordered that this case be remanded to state court.  All future hearing dates ordered vacated.

Date:  October 15, 2010

_____
Judge of the United States District Court